UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN TRUDEAU,<br><br>Defendant. | No. 26-cr-82-SE-AJ-01 |

**INDICTMENT**

The Grand Jury charges:

**Count One**
**Possession with Intent to Distribute Controlled Substances**
**(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi) & 841(b)(1)(A)(viii))**

On or about July 27, 2026, in the District of New Hampshire, the defendant,

**JUSTIN TRUDEAU**,

knowingly and intentionally possessed with the intent to distribute controlled substances, namely, 100 grams and more of a mixture and substance containing a detectable amount of fentanyl analogue, namely, N-(2-Methylphenyl)-N-(1-phenethylpiperidin-4-yl)propionamide, also called o-Methyl Fentanyl, a Schedule I controlled substance, and 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, all in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), and 841(b)(1)(A)(viii).

**Forfeiture Notice**
**(21 U.S.C. § 853)**

Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offense, namely, $84,201 cash and $47,103 in gold and silver bars, coins, and a chain.

A TRUE BILL:

/s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

ERIN CREEGAN
United States Attorney
District of New Hampshire

/s/ Mike Shannon
MIKE SHANNON
Assistant U.S. Attorney

Dated: October 7, 2026